# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| SHELLEY MURAWSKI, AN INDIVIDUAL,<br><br>            Appellant,<br>      vs.<br>KELLEHER & KELLEHER, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND JOHN T. KELLEHER, ESQ., AN INDIVIDUAL,<br>            Respondents. | No. 67813<br><br>**FILED**<br><br>JUL 1 1 2016<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY _____<br>    DEPUTY CLERK |
| SHELLEY MURAWSKI, AN INDIVIDUAL,<br><br>            Appellant,<br>      vs.<br>DEMPSEY ROBERTS & SMITH, LTD., A NEVADA LIMITED LIABILITY COMPANY; AND KENNETH M. ROBERTS, ESQ., AN INDIVIDUAL,<br>            Respondents. | No. 68390 |
| SHELLEY MURAWSKI,<br><br>            Appellant,<br>      vs.<br>KELLEHER & KELLEHER, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND JOHN T. KELLEHER, ESQ., AN INDIVIDUAL,<br>            Respondents. | No. 68474 |

## ORDER DISMISSING APPEALS

Pursuant to the stipulation of the parties, and cause appearing, these appeals are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

16-21382

cc: Hon. Valerie Adair, District Judge
Larry J. Cohen, Settlement Judge
Maier Gutierrez Ayon, PLLC
Campbell & Williams
Eighth District Court Clerk